FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JAN 15 AM 11: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON SAVARESE | * | CIVIL ACTION 09-129 |
| | * | |
| VERSUS | * | NO.: |
| | * | |
| PEARL RIVER NAVIGATION, INC. | * | SECTION " " SECT. R MAG. 5 |
| | * | |
| | * | MAG. " " |

*****************************************************************************

**SEAMAN'S COMPLAINT**

Plaintiff, Jason Savarese, an adult resident of Hammond, Louisiana, respectfully represents that:

**I.**

Plaintiff brings this action pursuant to Title 46 U.S.C. § 688, the Jones Act and General Maritime Laws of the United States. As such, pursuant to Title 28 U.S.C. § 1916, Plaintiff is entitled to bring this action without the necessity of pre-payment of costs, fees or the posting of security.

**II.**

Defendant, **PEARL RIVER NAVIGATION, INC.,** (hereinafter "Pearl River"), is a foreign corporation authorized to do and doing business within the State of Louisiana at the time of the accident complained of herein.

___ Fee Seaman
✓ Process___
X Dktd___
___ CtRmDep___
___ Doc. No.___

**III.**

On or about November 15, 2008, Plaintiff, Jason Savarese, was employed by Defendant, Pearl River, as a deckhand and assigned to a vessel owned, operated and/or controlled by Defendant, Pearl River.

**IV.**

On or about November 15, 2008, as Plaintiff was performing his assigned tasks aboard Defendant's vessel in Block 25, Chandelier Sound, off the Coast of St. Bernard Parish, Plaintiff sustained serious, permanent and painful injuries to his spine and lower extremities when a crane boom collapsed, causing Plaintiff to slip and fall as he tried to escape the falling boom.

**V.**

Plaintiff, Jason Savarese, is entitled to maintenance and cure benefits from the above referenced Defendant until such time as he reaches maximum medical cure, and Plaintiff is entitled to attorney's fees and costs in the event that the Defendant unreasonably refuses to pay or discontinues maintenance and cure benefits.

**VI.**

The proximate cause of the accident complained of herein was the unseaworthiness of the vessel owned and/or operated and/or controlled by the Defendant, Pearl River. At all pertinent times hereto, the vessel was unseaworthy in one or more of the following respects, *to-wit*:

a. The vessel was unsafe for the performance of the operations;

b. The vessel was not reasonably safe for its intended purpose;

c. Other unseaworthy conditions to be determined at a trial of this action.

## VII.

This accident, which occurred on or about November 15, 2008, was the result of the negligence on the part of the Defendant, Pearl River, in one or more of the following non-exclusive particulars:

a) Failing to provide Plaintiff with a safe place to work;

b) Failing to properly and adequately supervise the task being performed;

c) Failing to keep and maintain the crane boom in a reasonably safe condition.

d) Failing to avoid and prevent the crane boom from collapsing and falling.

e) Other acts of negligence that will be shown at the trial of this matter.

## VIII.

As a result of the above and forgoing acts of negligence, Plaintiff has suffered damages including, but not limited to the following:

a. Past and future lost wages and/or diminishment of earning capacity;
b. Past and future expenses for reasonable medical treatment;
c. Past and future pain, suffering and disability;
d. Past and future mental and emotional pain and suffering;
e. Past and future loss of household services;
f. Past and future loss and enjoyment of life; and
g. Other damages to be shown at a trial of this action.

**WHEREFORE**, the premises considered, Plaintiff, JASON SAVARESE, prays for judgment herein against the Defendant, PEARL RIVER NAVIGATION, INC., in the full and total true sum of ONE MILLION SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($1,750,000) DOLLARS, plus pre and post judgement interest at the legal rate for all costs of Court, and for all such other and future relief, at law and in equity, to which he may be justly entitled.

Respectfully submitted,

**UNGAR & BYRNE**

**GEORGE W. BYRNE, JR. (3744)**
**EVETTE E. UNGAR (29013)**
**GREGORY T. DISCON (22037)**
**HAL D. UNGAR (31344)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
T: (504) 566-1616
F: (504) 566-1652
**Attorneys for Plaintiff, Jason Savarese**

**PLEASE SERVE DEFENDANT:**

PEARL RIVER NAVIGATION, INC.
Through its Agent for Service of Process:
Allen L. Warriner
57380 Keller Road
Slidell, Louisiana 70460